BILLY D. PRICE, P.C.
5445 La Sierra Dr.
Suite 400
Dallas, TX  75231
214.696.9601 -Telephone
214.696.9635 -Facsimile

ATTORNEY FOR DEBTOR (S)

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **David A. Stephans and** | § | **CASE NO: 10-40984** |
| **Christine L. Stephans** | § | |
| | § | |
| | § | |
| **DEBTOR(S)** | § | **CHAPTER 13** |
| | § | |

### MOTION BY TO MODIFY CHAPTER 13 PLAN (POST-CONFIRMATION)

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-EIGHT (28) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

COMES NOW, David A. Stephans and Christine L. Stephans, Debtor(s) in the above numbered and styled Chapter 13 case, and moves the court for an order modifying their confirmed Chapter 13 plan. This  Motion is brought for the purpose of modifying the Debtors plan and,  in support of said Motion, Debtor(s) would respectfully show the following:

1.    The Debtors(s) need to Modify their plan because the   Male Debtor lost his job and the Debtor's have fallen behind on their Chapter 13 plan payments..

The Male Debtor has found another job and will be able to start making plan payments in February of 2014.  The debtor desires to modify his plan to reflect these changes.

2.    Thus the Debtor's propose to  modify their plan as follows:

 $695.10 x 46 = $31,974.60

$1,450.00 x 14 = $20,300.00

New plan base = $52,274.60.

3.    That the modification proposed by the Debtor's will not modify the rights of the holder of any claims being dealt with under the plan,  except to reduce the amount available to unsecured creditors.

4.    Additional Attorney Fees: The Attorney had charged an additional $650.00 for this modification. $650.00   has been received by the attorney.  The additional attorney work performed is as follows:

      Discussions with client, review of file, research of trustee file to determine payments made and applied, preparation of modification and filing  and serving of modification:

      Attorney requests approval of this additional amount of attorney fees.

5. Debtor's propose the Post-Confirmation Chapter 13 Plan attached hereto as Exhibit "A".

     WHEREFORE, the Debtor's move this Honorable Court, under Bankruptcy Rule 9014, to enter an Order Modifying the Debtor's Chapter 13 plan as prayed for herein.


                                        Respectfully Submitted

                                         __/s/ Billy D. Price_____
                                        BY:  BILLY D. PRICE
                                        SBN: 16283860

                                        BILLY D. PRICE, P.C.
                                        5445 La Sierra Dr.


                                        Suite 400
                                        Dallas, TX 75231
                                        (214) 696-9601

(214) 696-9635

ATTORNEYS FOR DEBTOR(S)

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above foregoing Motion To Modify Chapter 13 Plan has been sent to the parties listed below and below on this the 30th day of December, 2013.

David A. Stephans and Christine L. Stephans
2072 Meadow Park Dr.
Princeton, TX 75407


And

Attached Mailing List


__/s/ Billy D. Price_____
BY:  BILLY D. PRICE