PRICE & PRICE LAW, P.C.
PO Box 741597
Dallas, TX 75374
214-696-9601  Phone
214-696-9335  Fax

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **In Re:** § | | **Case No.: See Attached List** |
| § | | |
| **See Attached List** § | | **Chapter No.:** |
| § | | |
| **Debtors** § | | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE for all Divisions in the Eastern District that:

PRICE & PRICE LAW, P.C. has changed the Firm's mailing address from:

5445 La Sierra Dr., Suite 400
Dallas, Texas 75231

The new mailing address is:

PO Box 741597
Dallas, Texas 75374

All future communication and documents should be forwarded to the new address.

              Respectfully submitted,

              /s/ Megan Price
              Megan Price
              SBN 24065926
              Billy D. Price
              SBN 16283860

| | |
|---|---|
| 09-41086 | 11-41729 |
| 09-42076 | 11-41740 |
| 09-42519 | 11-41850 |
| 09-42520 | 11-41960 |
| 09-42934 | 11-42068 |
| 09-43044 | 11-42431 |
| 09-43128 | 11-42627 |
| 09-50199 | 11-42802 |
| 10-40117 | 11-42922 |
| 10-40408 | 11-43074 |
| 10-40984 | 11-43186 |
| 10-41571 | 12-41525 |
| 10-42037 | 12-42267 |
| 10-42796 | 12-42319 |
| 10-42869 | 12-42903 |
| 10-43100 | 12-43130 |
| 10-43770 | 12-43301 |
| 10-44158 | 12-43339 |
| 10-44461 | 13-40064 |
| 10-44471 | 13-40091 |
| 10-50152 | 13-40148 |
| 11-40024 | 13-40765 |
| 11-40042 | 13-41404 |
| 11-40327 | 13-41972 |
| 11-40837 | 13-42146 |
| 11-41050 | 13-42496 |
| 11-41086 | 14-40300 |
| 11-41506 | |